**FILED**
**11/13/2013**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RECEIVED**
SEP 23 2013
9-23-13
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Harry Donald Cox

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Cook County Sheriff

Case No: 13 C 5874
(To be supplied by the Clerk of this Court)

Judge: Robert W. Gettleman

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:   **AMENDED COMPLAINT**

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___   **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

ORIGINAL

I. **Plaintiff(s):**

A. Name: *Harry Donald Cox*

B. List all aliases: *N/A*

C. Prisoner identification number: *B02851*

D. Place of present confinement: *East Moline C.C.*

E. Address: *100 Hillcrest Rd. E. Moline, IL 61244*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: *Tom Dart*

Title: *Cook County Sheriff*

Place of Employment: *Cook County Jail*

B. Defendant: *N/A*

Title: _____

Place of Employment: _____

C. Defendant: *N/A*

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I arrived at Cook County Jail Division 3 on 12/10/12 and stayed until 12/13/12. There was no running water in cell, no lighting, cell was moldy and infested with mice and roaches. Conditions were deplorable. I could not sleep believing I would be bitten by mice. When certain meals were served I had to eat in the dark. Toilet paper was rare, I often had to wait for toilet paper to be given to me from other cells. Bad odor from other cells toilets that did not flush. The entire time I were there I was not given change of clothing or underwear nor cosmetics were provided. Considering the fact it was no lighting or window it was difficult to determine day from night. Showers were constantly flooded.

My I.D. # while in the county Jail was #20121210159 From 12/10/12 - 12/13/12.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That I be compensated for violating my constitutional rights and being subject to inhumane conditions, and pain and suffering during my 4 day stay at cook county Jail Division #3.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __19__ day of __Sept__, 20 __13__

OFFICIAL SEAL
KAREN L WILLIAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/15/14

9-19-13

Harry Donald Cox
(Signature of plaintiff or plaintiffs)

HARRY Donald COX
(Print name)

B02851
(I.D. Number)

E. moline C.C.
100 Hillcrest Rd E.moline, IL 61244
(Address)

IN THE

_____

_____

**Harry Donald Cox**
Plaintiff

)
)
)
)   Case No. **13C5874**
vs. )
)
)
**Tom Dart**
Defendant
)
)
)

## PROOF/CERTIFICATE OF SERVICE

To:_____     To:_____

_____  _____

_____  _____

_____  _____

PLEASE TAKE NOTICE that on **Sept. 19th** 20**13**, I have placed the documents listed below in the institutional mail at ~~Dixon Correctional Center,~~ properly addressed to the parties listed above for mailing through the United States Postal Service:_____

_____

Pursuant to 28 USC 1746, 18USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: **9-19-13**

*[signature: K L Williams]*

OFFICIAL SEAL
KAREN L WILLIAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/15/14

/s/ **Harry Donald Cox**
Name: **Harry Donald Cox**
IDOC # **B02851**
~~Dixon Correctional Center~~
~~P.O. Box 1200~~
~~Dixon, IL 61021~~
**East moline C.C.**
**100 Hillcrest Rd**
**E. moline, IL 61244**

Revised Jan. 2002

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 9-19-13

_Harry Donald Cox_
Signature of Applicant

HARRY DONALD COX
(Print Name)

OFFICIAL SEAL
KAREN L WILLIAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/15/14

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Harry D. Cox, ID.# B02851, has the sum of $ 90.80 on account to his/her credit at (name of institution) East Moline CC. I further certify that the applicant has the following securities to his/her credit: N/A. I further certify that during the past six months the applicant's average monthly deposit was $ 50.73.
(Add all deposits from all sources and then divide by number of months).

8-6-13
DATE

SIGNATURE OF AUTHORIZED OFFICER

DebRA D. Pierce
(Print name)

rev. 7/18/02

-3-

# COOK COUNTY SHERIFF'S OFFICE
## Received Money Receipt

Date: 12/10/2012
Time: 6:53 PM
Page: 1 of 1

Name: COX, HARRY
Receipt Status: ACTIVE

Inmate #: 0330367
Receipt Number: WS-00053678

Booking #: 20121210159

### Inmate Money

| | 1's | 2's | 5's | 10's | 20's | 50's | 100's | Other Total | Total |
|---|---|---|---|---|---|---|---|---|---|
| Cash Bills Count: | 4 | 0 | 1 | 1 | 0 | 0 | 0 | $0.00 | $19.00 |

Cash Coins Total: $0.00
Cash Total: $19.00
Cash Left In Property: $0.00
Cash To Commissary: $19.00
Check To Commissary: $0.00
Check Number:

Officer: ..................................
Officer: ..................................

I do hereby acknowledge that the property record contained on this form(s) is accurate.

Inmate (Booking): *Harry Donald Cox*    Date: 12/10/12

Date: 8/6/2013 | **East Moline Correctional Center** | Page 1
Time: 10:44am | **Trust Fund** |
d_list_inmate_trans_statement_composite | Inmate Transaction Statement |

REPORT CRITERIA - Date: 02/06/2013 thru End; Inmate: B02851; Active Status Only? : No; Print Restrictions? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions? : Yes; Include Inmate Totals? : Yes; Print Balance Errors Only? : No

**Inmate: B02851 Cox, Harry**       **Housing Unit: EMO-U3-U3-11**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 370.02 |
| 02/06/13 | Point of Sale | 60 Commissary | 037787 | 540941 | Commissary | -87.27 | 282.75 |
| 02/07/13 | Mail Room | 01 MO/Checks (Not Held) | 038291 | 9006077390 | Hevry, L | 25.00 | 307.75 |
| 02/13/13 | Payroll | 20 Payroll Adjustment | 0441110 | | P/R month of 1 2013 | 14.09 | 321.84 |
| 02/14/13 | Disbursements | 80 Postage | 045370 | Chk #106770 | 80403451, DOC: 523 F, Inv. Date: 02/13/2013 | -.46 | 321.38 |
| 02/19/13 | Point of Sale | 60 Commissary | 050787 | 542037 | Commissary | -37.77 | 283.61 |
| 02/25/13 | Mail Room | 10 Western Union - Not Held | 056200 | 0597242501 | Payton, Pastelle | 50.00 | 333.61 |
| 03/06/13 | Point of Sale | 60 Commissary | 065787 | 543397 | Commissary | -44.91 | 288.70 |
| 03/12/13 | Point of Sale | 60 Commissary | 071787 | 543901 | Commissary | -176.25 | 112.45 |
| 03/15/13 | Payroll | 20 Payroll Adjustment | 0741110 | | P/R month of 2 2013 | 11.75 | 124.20 |
| 04/02/13 | Mail Room | 01 MO/Checks (Not Held) | 092291 | 9006052302 | Cox, Mary | 25.00 | 149.20 |
| 04/06/13 | Point of Sale | 60 Commissary | 096719 | 545992 | Commissary | -49.82 | 99.38 |
| 04/12/13 | Payroll | 20 Payroll Adjustment | 1021110 | | P/R month of 3 2013 | 14.40 | 113.78 |
| 05/02/13 | Mail Room | 01 MO/Checks (Not Held) | 1222113 | 20231864730 | Payton, Pastelle | 75.00 | 188.78 |
| 05/06/13 | Point of Sale | 60 Commissary | 126787 | 548346 | Commissary | -56.28 | 132.50 |
| 05/14/13 | Payroll | 20 Payroll Adjustment | 1341110 | | P/R month of 4 2013 | 14.40 | 146.90 |
| 06/07/13 | Point of Sale | 60 Commissary | 158758 | 550807 | Commissary | -53.39 | 93.51 |
| 06/10/13 | Point of Sale | 60 Commissary | 161787 | 550872 | Commissary | -19.49 | 74.02 |
| 06/13/13 | Payroll | 20 Payroll Adjustment | 164132 | | P/R month of 5 2013 | 14.40 | 88.42 |
| 06/17/13 | Disbursements | 80 Postage | 168332 | Chk #107798 | 80407346, DOC: 523 F, Inv. Date: 05/21/2013 | -.46 | 87.96 |
| 06/25/13 | Mail Room | 15 JPAY | 176200 | 26454683 | Payton, Pastelle | 50.00 | 137.96 |
| 07/02/13 | Payroll | 20 Payroll Adjustment | 183132 | | P/R month of 6 2013 | 10.36 | 148.32 |
| 07/08/13 | Point of Sale | 60 Commissary | 189784 | 553303 | Commissary | -56.20 | 92.12 |

| | |
|---|---:|
| Total Inmate Funds: | 92.12 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 1.32 |
| Funds Available: | 90.80 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 07/25/2013 | 80409619 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 07/25/2013 | 80409620 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 08/01/2013 | 84409851 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $0.40 |
| | | | | Total Restrictions: | $1.32 |