**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Harold D. Cox, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-CV-5874 and |
| | ) | Coordinated Cases |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| Cook County Sheriff Thomas Dart, | ) | |
| | ) | |
| Defendant. | ) | |

### Defendant's Status Report Regarding Jail Conditions Discovery

NOW COMES the Defendant, Cook County Sheriff Thomas J. Dart ("Defendant"), through his attorney, Anita Alvarez, State's Attorney of Cook County, by and through her assistant, Conor T. Fleming, in response to this Court's June 9, 2016 order for a status report on outstanding jail conditions discovery. (*Dkt*. 147)  In response, Defendant states as follows:

1.  Pursuant to the Court's order directing Defendant to provide the consolidated jail conditions Plaintiffs ("Plaintiffs") with documentation related to the conditions of the Division 3 Annex, Defendant has identified the following sets of documents for production:
    a.  Daily Sanitation Logs
    b.  Chemical Distribution Logs
    c.  Sanitation and Maintenance Logs
    d.  Pest Control Hotline Reports
    e.  CCDOC Quality and Excellence Inc. Service Reports
    f.  Work Orders
    g.  Temperature Logs
2.  Defendant is compiling these documents from mid-2012 through the end of 2015. Documents from 2014-2015 are kept on-site at CCDOC, and documents from 2012-2013 are stored in a warehouse.
3.  These documents are stored as physical, hard-copy documents and are not routinely stored as electronic files.  Accordingly, Defendant has directed staff to locate the responsive documents in the warehouse and scan all documents so that they may be produced to Plaintiffs.
4.  Defendant has completed scanning the daily sanitation logs, work orders, and temperature logs for 2014-2015.  Pest control reports, service reports, and sanitation and maintenance logs are being compiled from 2014-2015.  At the same time,

Defendant is expeditiously locating all 2012-2013 documents in the warehouse and scanning them.

5. Defendant requests that this Court grant until July 6, 2016 to locate and scan all responsive documents. Once these documents have been scanned, they will be available as electronic documents.

6. These documents will be produced to any Plaintiffs out of CCDOC or IDOC custody on disc format. Defendant will mail discs with documentation to each Plaintiff out of custody by July 8, 2016.

7. Defendant requires this Court's guidance regarding producing documentation to Plaintiffs who remain incarcerated. Per CCDOC and IDOC policy, inmates are not permitted discs in their possession. Further, Defendant cannot produce documentation to each incarcerated Plaintiff in physical form due to the sheer volume of paper. Accordingly, Defendant suggests that this Court order that each facility will receive a disc containing the documents and that each facility make this disc available for the Plaintiffs to review as their individual jail policies permit. Defendant will mail discs to each facility by July 8, 2016.

Respectfully submitted,

ANITA ALVAREZ

State's Attorney of Cook County

By:     */s/ Conor T. Fleming*

Conor T. Fleming
Assistant State's Attorney
Torts/Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5527
conor.fleming@cookcountyil.gov