UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD DONALD COX, | ) | |
| | ) | |
| Plaintiff, | ) | 13 C 5874 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Virginia M. Kendall |
| THOMAS J. DART, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

NOW COMES Plaintiff Harold Cox through his attorney Kevin A. Sterling (hereinafter "Plaintiff"), and Defendant Sheriff Thomas Dart (hereinafter "Defendant"), by and through his attorney Kimberly M. Foxx, through her Assistant State's Attorney Allyson L. West, and moves this Honorable Court as follows:

1. The Parties stipulate to the dismissal of the Plaintiff's claims against the Defendant, with prejudice and without costs because the matter has been settled to the mutual satisfaction of the Parties.

2. The parties pray that the Court will enter an order of dismissal terminating the case against the Defendant, in its entirety.

WHEREFORE, Plaintiff and Defendant pray that this Honorable Court enter an order of dismissal terminating the case against Defendant, in its entirety, *with prejudice* and without costs.

For Plaintiff:
Kevin A. Sterling, Esq.
The Sterling Law Office
411 North LaSalle Street, Suite 200
Chicago, Illinois 60654

For Defendant:
Allyson L. West
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602